UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTOPHER WILLIAMS** | **CIVIL CASE NO. 6:24-CV-01489** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LINDEE AUCOIN, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 9], determining that the findings are correct under the applicable law, and noting the OBJECTIONS TO THE REPORT AND RECOMMENDATION filed in the record [Doc. 14];

IT IS ORDERED that this matter be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers this 28th day of January, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE